UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| MATTHEW ISERAL | ) | |
| | ) | Civil No. 10-70-GFVT |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| JOHN T. MOTLEY | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court pending review of the Report and Recommendation of United States Magistrate Hanly A. Ingram [R. 22] filed herein on January 10, 2013. Consistent with local practice, the Report and Recommendation addresses the *pro se* petition for habeas corpus pursuant to 28 U.S.C. § 2254 filed by Matthew Iseral. The Report and Recommendation concludes that the Petitioner is not entitled to the relief sought. It also advises the parties that any objections must be filed within fourteen (14) days of service or waive the right to further appeal. [*Id*. at 44.] As of this date, neither party has filed objections or sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's report and recommendation are also

1

barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate's Recommended Disposition [R. 22] as to Matthew Iseral is **ADOPTED** as and for the Opinion of the Court;

2. Iseral's Petition [R. 1] is **DISMISSED;**

3. **JUDGMENT** in favor of Respondent will be entered contemporaneously herewith and this matter will be **STRICKEN** from the Court's active docket.

This 1st day of March, 2013.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge